FILED

'07 MAY 14 PM 2 14

BY _____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| JOHN GERALD McCREARY,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSROADS CORRECTIONAL CENTER-CCA; CORRECTIONS CORPORATION OF AMERICA; SAM STEWART YARBRO; JIM MacDONALD; LT. LARCHECK,<br><br>Defendants. | No. CV 006-06-GF-SEH<br><br>**ORDER** |

On April 17, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Docket # 12.

-1-

Upon *de novo review of the record,* I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

The Petition is DISMISSED without prejudice.

DATED this 14th day of May, 2007.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge